En el Tribunal Supremo de Puerto Rico

| In re | Querella |
|---|---|
| Nelson Borges Borges | 99 TSPR 141 |

Número del Caso: TS-9349

Abogado de la Parte Peticionaria: Por Derecho Propio

De la Oficina del Procurador General: Hon. Carlos Lugo Fiol
                                     Procurador General

Fecha: 9/22/1999

Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

  Nelson Borges Borges

                          TS-9349

RESOLUCIÓN

San Juan, Puerto Rico, a 22 de septiembre de 1999

    El 26 de julio de 1995 suspendimos al entonces licenciado Nelson Borges Borges indefinidamente del ejercicio de la profesión de abogado, por no atender nuestros requerimientos y los de la Oficina de Inspección de Notaría. El señor Borges Borges ha comparecido y nos solicita lo reinstalemos a las profesiones de abogado y notario. En su escrito se disculpa y expresa arrepentimiento por desatender tanto nuestras órdenes como los requerimientos de la Oficina de Inspección de Notarías. Nos indica además, su compromiso de cumplir fiel y diligentemente con las órdenes del Tribunal y los requerimientos de la Oficina de Inspección de Notaría y los Cánones de Etica.

    La obra notarial del entonces licenciado Borges Borges fue inspeccionada –protocolos de 1991 a 1994 y dos registros de testimonios – esta fue hallada correcta y fue depositada en el Archivo de Caguas. El señor Borges Borges además, rindió los índices notariales que adeudaba.

Tomando en consideración lo antes expuesto, se reinstala de inmediato al Sr. Borges Borges al ejercicio de la profesión de abogado.

Luego de cumplir con los trámites de rigor será reinstalado también a la notaría.

Notifíquese vía fax, por teléfono y la vía ordinaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Isabel Llompart Zeno
Secretaria del Tribunal Supremo